In the Matter of the CITY OF NEW YORK, Appellant, Relative to Acquiring Title to Real Property Required for Opening and Extending East River Drive from Grand Street to Montgomery Street, in the Borough of Manhattan.

ESTATE OF CHARLES A. COE et al., Respondents.

Argued October 8, 1941; decided November 19, 1941.

554

*William C. Chanler,* Corporation Counsel (*Daniel M. Cohen, Julius Isaacs* and *Lewis Orgel* of counsel), for appellant.

*Matthew J. Glennon* and *Harley L. Stowell* for Estate of Charles A. Coe, respondent.

*Charles Lamb* and *William Alston Lamb* for Edith M. K. Wetmore, respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.